

**NUMBER 13-13-00211-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**LAWRENCE EUGENE FERNANDEZ,**                **Appellant,**

**v.**

**CESAR GARCIA,**                **Appellee.**

---

**On appeal from the 404th District Court
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Benavides, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Lawrence Eugene Fernandez, perfected an appeal from a judgment rendered against him in favor of appellee, Cesar Garcia. On June 19, 2013, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on June 10, 2013, and that the district clerk, Jesus Cantu, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of

this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.  *See* TEX. R. APP. P. 37.3, 42.3(b),(c).  Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

The notice was sent to appellant's address by certified mail return receipt requested; however, the certified mail was returned as unclaimed and unable to forward. Subsequently, the Clerk of the Court sent the notice to appellant by regular mail.

Appellant has failed to respond to this Court's notices.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the 5th
day of September, 2013.

2